```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
UNITED STATES OF AMERICA,               :
                                        :
                                        :    21 Cr 468 (VM)
                                        :
         - against -                    :         ORDER
                                        :
ADAM JUSTIN BANFILL,                    :
                                        :
                    Defendant.          :
---------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: August 24, 2021
```

**VICTOR MARRERO, United States District Judge.**

The conference currently scheduled for September 10, 2021 at 11:30 a.m. is hereby rescheduled to September 9, 2021 at 12 p.m. Due to the ongoing COVID-19 pandemic, the conference will take place by teleconference using the following dial-in: (888) 363-4749 (international callers dial (215) 446-3662), access code 8392198.

The parties are further directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, available on the Court's website: https://www.nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:   New York, New York
         24 August 2021

_____
Victor Marrero
U.S.D.J.