UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/24/2021
```

--------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
                                    :          21 CR 468(VM)
          -against-                 :          ORDER
                                    :
ADAM BANFILL,                       :
                                    :
                    Defendant.      :
--------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

     Counsel for the Defendant, with the consent of counsel for Government (see Dkt. No. 13), requests that the status conference currently scheduled for December 3, 2021 be adjourned. The conference and any Rule 12 deadlines shall be adjourned until Friday, January 21, 2022 at 9:30 a.m.

     All parties to this action consent to an exclusion of time from the Speedy Trial Act until January 21, 2022.

     It is hereby ordered that time until January 21, 2022 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:    New York, New York
          November 24, 2021

_____
          Victor Marrero
          U.S.D.J.