USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2022

**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th
Tel: (212) 4

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 8, 2022

**BY EMAIL & ECF**
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:  **United States v. Adam Banfill**
           **21 Cr. 468 (VM)**

Dear Judge Marrero:

    I write with respect to a motions schedule in the above-captioned case and in compliance with the Court's instructions during the status conference held on July 1, 2022. With the Government's consent, the defense proposes the following schedule:

- August 1, 2022: Deadline for the defense to make expert disclosures pursuant to Fed. R. Crim. P. 16(b)(1)(C)(ii), to be supplemented on a rolling basis;
- November 1, 2022: Deadline for the Government to have its own expert examine Adam Banfill pursuant to Fed. R. Crim. P. 12.2(c)(1)(B) and to make corresponding disclosures to the defense under Fed. R. Crim. P. 16(a)(1)(F) and (a)(1)(G);
- December 30, 2022: Deadline for any motions under Fed. R. Crim. P. 12 related to the indictment and/or Mr. Banfill's Rule 12.2(b)(1) notice of his intent to introduce expert evidence relating to a mental disease or defect bearing on the issue of guilt; and
- February 1, 2023: Oral argument and/or evidentiary hearing on any motions.

Respectfully Submitted,

Andrew J. Dalack, Esq.
Assistant Federal Defender

Counsel for Adam Banfill

---

**Request GRANTED.**
The proposed schedule is approved with the exception of the February 1 date. The Court will schedule oral argument and/or a hearing if deemed necessary after reviewing the motions.

**SO ORDERED.**

7/11/2022
DATE      VICTOR MARRERO, U.S.D.J.