USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__8/22/2022__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :          **21 CR 468 (VM)**
            -against-              :          **ORDER TO SHOW CAUSE**
                                   :
ADAM BANFILL,                      :
                                   :
                    Defendant.     :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

The Court is in receipt of a letter from Defendant Adam Banfill, dated August 22, 2022, requesting permission to virtually attend his father's funeral on August 24, 2022. Defense counsel represents that he has spoken to MDC Brooklyn about accommodating this request, and MDC Brooklyn denied making arrangements for the virtual attendance.

It is hereby ordered that the Government and MDC Brooklyn shall show cause, via letter by 3:00pm on August 23, 2022, as to why they are unable to accommodate Mr. Banfill's request.

**SO ORDERED:**

Dated:   New York, New York
         August 22, 2022

                                    _____
                                    Victor Marrero
                                    U.S.D.J.