```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

              - against -

ADAM BANFILL,

                    Defendant.

**21 CR 468 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

By letter, the Government, with Defendant's consent, requested an expert disclosure and motion schedule and the adjournment of the status conference currently scheduled for October 21, 2022. (See Dkt. No. 33.)

The proposed expert disclosure and motion schedule is hereby granted. The Government shall make its expert disclosures to Defendant under Fed. R. Crim. P. 16(a)(1)(F) and (a)(1)(G) by December 15, 2022. Any motions under Fed. R. Crim. P. 12 related to the indictment and/or Defendant's Rule 12.2(b)(1) notice of intent to introduce expert evidence relating to a mental disease or defect bearing on the issue of guilt shall be due by January 16, 2023.

Further, the status conference scheduled for October 21, 2022 is hereby adjourned until February 3, 2023 at 11:00 a.m. All parties to this action consent to an exclusion of time from the Speedy Trial Act until February 3, 2023.

It is hereby ordered that time until February 3, 2023 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:   19 October 2022
         New York, New York

_____
Victor Marrero
U.S.D.J.