```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :    **ORDER**
                                    :
        - v -                       :    21 Cr. 468 (VM)
                                    :
ADAM BANFILL,                       :
                    Defendant.      :
                                    :
------------------------------------x

Upon the application of **ADAM BANFILL**, by his attorney, **Andrew J. Dalack, Esq.**, Federal Defenders of New York, and in the interests of justice, it is hereby

**ORDERED** that the Court accepts Mr. Banfill's guilty plea to Count 1 of the Indictment pursuant to the parties' written plea agreement, as executed before Magistrate Judge Sarah Netburn on January 6, 2023.

Dated:   New York, NY
         January 30, 2023

_____
Victor Marrero
U.S.D.J.