USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

ADAM BANFILL,

                Defendant.

21 CR 468 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The status conference scheduled for February 3, 2023 in the above-captioned matter is hereby adjourned. The sentencing of defendant Adam Banfill is hereby scheduled for April 7, 2023 at 10:00 a.m.

**SO ORDERED.**

Dated:    30 January 2023
             New York, New York

_____
Victor Marrero
U.S.D.J.