```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

ADAM BANFILL,

                Defendant.

**21 CR 468 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

The sentencing in the above-captioned matter, currently scheduled for April 7, 2023 at 10:00 a.m., is hereby rescheduled to April 7, 2023 at 10:15 a.m.

**SO ORDERED.**

Dated:    3 April 2023
             New York, New York

_____
Victor Marrero
U.S.D.J.