USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        - against -

ADAM BANFILL,

                Defendant.

**21 CR 468 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby schedules a telephonic conference in the above-captioned matter for July 7, 2023 at 2:00 p.m. in response to defense counsel's letter filed on June 29, 2023. (See Dkt. No. 52.) The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated:    30 June 2023
            New York, New York

_____
Victor Marrero
U.S.D.J.