USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

           - against -

ADAM BANFILL,

                      Defendant.

**21 CR 468 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby schedules a telephonic conference in the above-captioned matter for July 28, 2023 at 11:00 a.m. in order to address defense counsel's letter filed on July 26, 2023. (See Dkt. No. 57.) The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated:    27 July 2023
           New York, New York

_____
Victor Marrero
U.S.D.J.